**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:22cr160-MHT** |
| | ) | **(WO)** |
| **ANTONIO RODRICEZ BAILEY** | ) | |

**ORDER**

The court has received a letter from defendant Antonio Rodricez Bailey in which he requests that the court consider giving him a reduction in sentence, if possible, so that he can get back to his family and be a productive member of society. The court lacks legal authority to grant a reduction in sentence for such reasons.

Accordingly, to the extent Bailey moves for a reduction in sentence, it is ORDERED that the motion (Doc. 144) is denied.

DONE, this the 29th day of November, 2023.

                                                       **/s/ Myron H. Thompson**
                                                       **UNITED STATES DISTRICT JUDGE**