IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:22cr160-MHT** |
| | ) | (WO) |
| **ANTONIO RODRICEZ BAILEY** | ) | |

ORDER

Upon consideration of defendant Antonio Rodricez Bailey's motion to reconsider (Doc. 147) the court's order (Doc. 143) denying his motion for jail credit (Doc. 139), it is ORDERED that the motion to reconsider is denied.

Because he challenges the Bureau of Prison's calculation of jail credit, which is a challenge to the execution of his sentence, defendant Bailey must proceed by filing a petition for habeas corpus under 28 U.S.C. § 2241 in the federal district court covering the location where he is incarcerated.* *See Bishop v.*

---

* Based on his current location according to the Bureau of Prisons' website, it appears that the United States District Court for the Northern District of Alabama would be the appropriate court.

*Reno*, 210 F.3d 1295, 1304 n. 14 (11th Cir. 2000) (noting that challenges to the BOP's calculation of a sentence are to be handled via habeas-corpus petition). *See also Rumsfeld v. Padilla*, 542 U.S. 426, 442 (2004) (noting that a writ of habeas corpus is "issuable only in the district of confinement.") (citation omitted). The court overlooked this when ruling on defendant's motion for jail credit.

    DONE, this the 21st day of February, 2024.

                                       /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**